

# THE THIRTEENTH COURT OF APPEALS

---

## 13-18-00065-CV

---

**Alejandra Zapata, Individually and as Next Friend of Yarely Zapata, Antonio Morales Sr. and Irma Morales Individually and as Next Friends of Antonio Morales Jr. and Miguel Morales**

v.

**City of Gonzales**

---

On Appeal from the
25th District Court of Gonzales County, Texas
Trial Cause No. 26,450

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

January 30, 2020